UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2021
```

------------------------------------------------------------ X
:
**VERA HURLA,** :
:
         Plaintiff,    :    Case No. 1:18-cv-09403-VSB-DCF
:
        v.    :    **ORDER GRANTING PLAINTIFF'S**
:    **MOTION FOR ATTORNEY FEES**
**COMMISSIONER OF SOCIAL SECURITY,** :
:
        Defendant. :
------------------------------------------------------------ X

    IT IS HEREBY ORDERED THAT, the Court grants plaintiff's motion for attorney fees under 42 U.S.C. § 406(b) and awards plaintiff's counsel fees totaling $14,989.50, which represents 25% of the past due benefits awarded to Plaintiff. The Commissioner is instructed to disburse this amount to Daniel A. Osborn of Osborn Law, P.C. Upon receipt of this award Mr. Osborn shall refund plaintiff $8,200.00, which represents the EAJA fee that counsel has already received. The Clerk of Court is respectfully directed to terminate the open motion at Docket Entry 32.

                                        SO ORDERED.

*[Signature: Vernon Broderick]*

                                        Vernon S. Broderick
      March 24, 2021          United States District Judge
Dated: ~~February   , 2021~~
       New York, New York